| Date | Pleading Number | |
|---|---|---|
| 12/6/71 | 1 | Motion and Brief of Plaintiffs for a 28 U.S.C. §1407 transfer of actions pending in the District of South Carolina (71-1182) and (67-35); action pending in N.D. Indiana (71 F 132) to the W.D. of N.C. with (W.D.N.C. action No. 3007) for coordinated or consolidated pretrial proceedings. Certificate of Service |
| 12/7/71 | 1a | Supplemental Certificate of Service from Plaintiff |
| 12/9/71 | 2 | M&L ENTERPRISES, INC., AND THURMAN LOOPER response to motion w/cert. of service. |
| 12/13/71 | | Request for an extension of time to file response to motion from Defendants in D. South Carolina 71-1178. |
| 12/14/71 | 3 | Plaintiff reply brief tor M&L Ent. Inc. and Thurman Loper response w/cert. of service |
| 12/14/71 | 4 | Plaintiffs objection to request for extension of time by counsel for Ware Shoals |
| ~~12/16/71~~ | | ~~ORDER - extending time for filing and serving all responses to Jan. 7, 1972~~ |
| 12/16/71 | | ORDER - extending time for filing and serving all responses to 1/7/72 |
| 12/17/71 | | Corresp. of Judge Chapman denying Motion for Continuance (S.C. No. 67-35) |
| 12/21/71 | 5 | POLY-HI - request for an extension of time and EARLE DAY |
| 12/21/71 | | HEARING ORDER - setting A-1 through A-4, Jan. 28, 1972, Washington, D.C. |
| 12/23/71 | | ORDER- Denying Poly-Hi and EARLE DAY request for an extension of time Notified counsel |
| 1/4/72 | 6 | MILES RAYMOND CROSS, DONALD CARPENTER AND PLASTIC PRODUCTS, INC. Response to Motion and Motion for Continuance of Hearing w/ certificate of service. |
| 1/6/72 | 7 | JOE CROSS, HENRY RAXTER, JACK RAXTER AND CHARLES BLACK, (Defendants) Motion to Continue Hearing, Notice of Opposition to Motion and Response to Motion w/cert. of service. |
| 1/7/72 | 8 | M&L ENTERPRISES INC AND THURMAN LOOPER RESPONSE to motion and MOTION TO CONTINUE HEARING w/cert. of service |
| 1/10/72 | 9 | POLY-HI and EARLE DAY response to motion w/cert. of service |
| 1/10/72 | 10 | WARE SHOALS PLASTICS, INC., GEORGE W. MASSEY, D.K. LEE JR. AND W. B. SPROUSE, SR. response to motion w/cert. of service. |
| 1/10/72 | 11 | Supplemental Response of Poly-Hi and Earle Day w/cert of service. |
| 1/11/72 | | ORDER- denying motions to continue hearing. Notified counsel. |
| 1/21/72 | | Letter response of DuBose III, on behalf of Plastic Products, Miles Raymond Cross and Donald Carpenter for a reconsideration of Motion to Continue Hearing. |
| 1/24/72 | | Letter response from DuBose, III with a disqualifying order from Judge McMillan as to Civil Action No. 3007; and hearing order entered by Judge Jones for Feb. 2, 1972. |
| ~~1/24/72~~ | | ORDER - denying motions for continuance of hearing. Notified counsel |
| 3/20/72 | | OPINION AND ORDER - Denying transfer. |

OPINION AND ORDER OF MAR. 20, 1972 *339* F. SUPP. *1276*

DOCKET NO. 92

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 92 - IN RE TRADE SECRETS IN MANUFACTURING HIGH MOLECULAR WEIGHT POLYETHYLENE

*Denied*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Future Plastics, Inc. v. Ware Shoals Plastics, Inc., et al. | D. S. Carolina 67-35 Greenwood | Chatman | | Motion 12/6/71 |
| A-2 | Impact Plastics, Inc., et al. v. Ware Shoals Plastics, Inc., et al. | D. S. Carolina 71-1178 Charlotte | McMillan | | Motion 12/6/71 |
| A-3 | Impact Plastics, Inc., et al. v. Ware Shoals Plastics, Inc., et al. *dism 2/11/72* | W.D.N.C. 3007 | | | Motion 12/6/71 |
| A-4 | Impact Plastics, Inc., et al. v. Poly-Hi Inc., et al. | N.D. Ind. 71 F 132 | | | Motion 12/6/71 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 92 - IN RE TRADE SECRETS IN MANUFACTURING HIGH MOLECULAR WEIGHT POLYETHYLENE

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Hunt, Rhodes & Mills<br>Clifton T. Hunt, Jr., Esq.<br>1310 Wachovia Building<br>P.O. Box 2974<br>Greensboro, North Carolina  27402<br><br>Ernest J. Howard, Esq.<br>Griffin & Howard<br>P.O. Box 10383<br>Greenville, South Carolina  29603<br><br>Ernest S. Delaney, Jr., Esq.<br>Bradley, Delaney & Millette<br>100 Civic Plaza<br>Fourth and Davidson Streets<br>Charlotte, North Carolina  28202 | WARE SHOALS PLASTICS, INC.<br>GEORGE W. MASSEY<br>D. K. LEE, JR.<br>W. B. SPROUSE, JR.<br>    Ralph Bailey, Esq.<br>    Bailey & Dority<br>    125 Broadus Ave.<br>    Greenville, South Carolina  29601<br><br>                      /Charles Black<br>~~PLASTICS PRODUSTS, INC.~~/Joe Cross<br>~~MILES RAYMOND CROSS~~ /Henry Raxter<br>~~DONALD CARPENTER~~ /Jack Raxter<br><br>app<br>Atkins  Jeffrey M. Culler, Esq.<br>    196 W. Franklin Ave.<br>    Gastonia, North Carolina  28052<br><br>M & L ENTERPRISES, INC.<br>THURMAN LOOPER |
| A-2<br>A-3<br>A-4 | Same as A-1<br>See Hunt and Delaney (A-1)<br>Roger M. Rickert<br>Albert L. Jeffers<br>610 Indiana Bank Building<br>Fort Wayne, Indiana<br><br>See Delaney (A-1)<br><br>See Hunt (A-1)<br><br>Robert F. Conrad, Esq.<br>1000 Connecticut Ave., N.W.<br>Washington, D.C. | app  James H. Atkins, Esq.<br>ATKINS + LAWTON<br>    P.O. Box 1862<br>    Gastonia, North Carolina  28052<br><br>POLY-HI, INC.<br>EARLE DAY<br>app  DAVID A. LUNDY, ESQ.<br>    Hood, Gust, Irish, ~~Lundy~~ BANK + COFFEY<br>    1006 Anthony Wayne Building<br>    Ft. Wayne, Indiana  46802<br><br>    Poly-Hi, Inc.<br>    517 South View St.<br>    Ft. Wayne, Indiana  46800<br><br>PLASTICS PRODUCTS, INC.<br>MILES RAYMOND CROSS<br>DONALD CARPENTER<br>    Horace M. DuBose III, Esquire<br>    309 Lawyers Building<br>    Post Office Box 1993<br>    Gastonia, N. C.  28052 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p. _____

DOCKET NO. 92 -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Ware Shoals Plastics ✓ | A-1   A-4 |
| George W. Massey ✓ | A-1   A-4 |
| D. K. Lee, Jr. ✓ | A-1   A-4 |
| W. K. Sprouse, Sr. ✓ | A-1   A-4 |
| Plastic Products, Inc. ✓ | A-2 |
| M & L Enterprises, Inc. ✓ | A-2 |
| Miles Raymond Cross ✓ | A-2 |
| Joe Cross ✓ | A-2 |
| Henry Raxter ✓ | A-2 |
| Donald Carpenter ✓ | A-2 |

p. _____

| | | |
|---|---|---|
| ✗ Thurman Looper ✓ | A-2 | |
| ✗ Charles Black ✓ | A-2 | |
| ✗ Poly Hi, Inc. ✓ | A-3 | |
| ✗ Earle Day ✓ | A-3 | |
| ✗ Jack Raxter ✓ | A-2 | |
| | | |
| | | |
| | | |
| | | |
| | | |